UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAIME MORALES GUILLERMO,

                Plaintiff,

-against-

DEPARTMENT OF HOMELAND SECURITY,
CITIZENSHIP AND IMMIGRATION SERVICES,
IMMIGRATION AND CUSTOMS ENFORCEMENT,
and CUSTOMS AND BORDER PROTECTION,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5631 (JBW)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 0 2 2005 ★
BROOKLYN OFFICE

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on October 31, 2005, granting defendants' motion for judgment on the pleadings for the reasons stated on the record on July 12, 2005; and dismissing the action; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for judgment on the pleadings is granted for the reasons stated on the record on July 12, 2005; and that the action is dismissed.

Dated: Brooklyn, New York
        November 01, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court